# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BEYEL BROTHERS, INC., PORT CANAVERAL MAINTENANCE & FABRICATION, INC.,**

        **Plaintiffs,**

**-vs-**                                                                                              **Case No. 6:06-cv-752-Orl-31JGG**

**CANAVERAL PORT AUTHORITY,**

        **Defendant.**

## ORDER AND NOTICE OF HEARING

This matter comes before the Court on the Plaintiffs' Motion for Preliminary Injunction and Temporary Restraining Order (Doc. 5). The Plaintiffs have failed to comply with the requirements for the issuance of a temporary restraining order. See Local Rules 4.05(b)(1), (2), and (3). The request for a temporary restraining order is therefore **DENIED**.

The Plaintiffs shall serve the Defendant with all moving papers herein and a copy of this order and file proof of such service on or before June 13, 2006. The Defendant may file their written response to the instant motion on or before June 16, 2006. A non-evidentiary hearing (one hour) on the motion for a preliminary injunction will be held before the undersigned in Courtroom 3 ,George C. Young U.S. Courthouse and Federal Building, 80 North Hughey Avenue, Orlando,

Florida at 2:00 p.m. on June 19, 2006.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 12, 2006.

*[signature]*
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record